In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to East 149th Street, from Southern Boulevard to Harlem River.

MERLE I. ST. JOHN, as Receiver of the Property of THOMAS DUGGAN, Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK et al., Respondents.

*New York city — street opening — award to unknown owner — when interest not allowed.*

*Matter of City of New York (East 149th St.),* 196 App. Div. 866, affirmed.

(Argued October 10, 1921; decided October 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1921, which modified and affirmed as modified an order of Special Term by reversing so much thereof as directed payment of interest on a street opening award. The commissioners in the above-entitled proceeding made an award to " unknown " for parcel damage No. 34, in the sum of $677.05 principal and $150.19 interest, making the total award for said parcel the sum of $827.24. Nearly twenty years thereafter it was determined in a proper proceeding at Special Term that the appellant herein was entitled to be paid the award with interest from the date of vesting of title in the city.

*Merle I. St. John,* appellant, in person.

*John P. O'Brien, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.